IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIMOTHY BOWEN              :
                           :
v.                         : Civil Action WMN-98-3424
                           :
KIMBERLY A. BETTS          :

### ORDER

Before the Court is Plaintiff's motion to strike Defendant's opposition to Plaintiff's motion for leave to amend his Complaint. (Paper No. 33). In light of this Court's Memorandum and Order (Paper No. 47) denying Plaintiff's motion for leave to amend his Complaint, Plaintiff's motion to strike is denied as moot.

Accordingly, IT IS this 17th day of December, 1999, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's motion to strike Defendant's opposition to Plaintiff's motion for leave to amend his Complaint (Paper No. 33) is DENIED as MOOT; and

2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

William M. Nickerson
United States District Judge