IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIMOTHY BOWEN                   :
                                :
v.                              :   Civil Action WMN-98-3424
                                :
KIMBERLY A. BETTS               :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 17th day of December, 1999, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Movants, Baltimore Police Department, the City Solicitor's Office, and Assistant City Solicitor Layla Said's Objections (Paper No. 38) to Magistrate Judge Gauvey's June 23, 1999 Order (Paper No. 31) are hereby OVERRULED;

2. That said Movants shall comply with the Magistrate Judge's May 24, 1999 Order (Paper No. 20) to jointly pay Plaintiff's counsel $380 in costs;

3. That said Movants have one week from the date of this Order to provide evidence that $380 has been paid to Plaintiff's attorney; and

4. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge